```
Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Buenaventura Hurtado
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No 17-10760 |
| Buenaventura Hurtado<br>　　　　Debtor(s)<br>_____/ | Chapter 13<br><br>**MOTION TO DISMISS CHAPTER 13 CASE** |

Debtor Buenaventura Hurtado makes this motion to voluntarily dismiss his chapter 13 case pursuant Bankruptcy Code §1307(b), FRBP Rule 1017 and Bankruptcy Local Rule 1017-2.

This case shall be dismissed without a hearing in 7 days unless there is an objection.

Date: February 13, 2018　　　　　　　　　　/s/Evan Livingstone
　　　　　　　　　　　　　　　　　　　　　Evan Livingstone
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

**DECLARATION OF EVAN LIVINGSTONE IN SUPPORT OF MOTION**

I, Evan Livingstone, attorney for debtors, declare that there are no pending motions to convert this case to chapter 7 or pending motions to dismiss with prejudice.

I swear the foregoing facts are true under penalty of perjury.

Executed in Santa Rosa, CA on February 13, 2018　　　/s/Evan Livingstone
　　　　　　　　　　　　　　　　　　　　　　　　　Evan Livingstone