UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Buenaventura Hurtado

Case No: 17-10760 DM
Chapter 13

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Buenaventura Hurtado, claimant, hereby petitions the Court for $2,497.50, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Buenaventura Hurtado, debtor.

The debtor did not receive the dividend check in the above case for the following reason:

<u>Dividends were not collected by the creditor, Buenaventura Hurtado. Buenaventura Hurtado's current address is listed below.</u>

The Creditor's mailing address at the time the claim was filed with the Court was:
Buenaventura Hurtado
190 Spring St.
Fort Bragg, CA 95437

The claimant's current mailing address is:

Buenaventura Hurtado
P.O. Box 1184
Fort Bragg, CA 95437
(707) 472-1879
Last four digits of SS#/Tax ID:

Dated: February 15, 2019

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center St, Snoqualmie WA 98065-9216
(425) 836-5728

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this ___15th___ day of ___February___, 20_19_.

SEAL

_____
Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington

